**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO:  4:26-MJ-4** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ISIDRO ZOQUITECATL-ANASTACIO** | ) | |

## ORDER OF DISMISSAL

The Government's motion for an order dismissing, without prejudice, the complaint made against **ISIDRO ZOQUITECATL-ANASTACIO** is GRANTED. The complaint in the above-referenced case is hereby dismissed without prejudice.

Defendant remains in custody in case 4:26cr17 USA v. Zoquitecatl-Anastacio.

**SO ORDERED** this 18th day of February 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA